*Francis Cole* v. *John Grant.*

*The Same* v. *Gideon King.*

*Francis Cole et ux.* v. *John Grant and Gideon King.*

*Francis Cole* v. *John Grant and Gideon King.*

COSTS had been allowed to the defendants in the three first of these causes, to 26 dollars 53·cents, and in the last also, to *Gideon King*, to 14 dollars 84 cents, but in the last cause damages had been assessed against *Grant*, to 20 dollars besides costs, and *Cole* was unable to pay the costs taxed against him.

*Russel*, on an affidavit disclosing the above facts, moved to set off the costs allowed the defendants against the damages and costs recovered by the plaintiff in the last.

*Per Curiam.* Let the defendants have leave to set off their costs in the three first causes against 20 dollars damages recovered by the plaintiff in the last.—— The costs of the plaintiff's attorney in the last suit, not to be included in the set-off, as he has a lien for them.\*

*\* Spencer v. White, April, 1799. 2 Black. Rep. 817. 869. 871. 4 D. & E. 123.*